IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RODERICK QUINN TOOMBS                                                                      PLAINTIFF

vs.                                         Civil No. 1:13-CV-1091

RAY HOBBS; JOHN FELTS;
SHERIFF DAVID NORWOOD;
NATHAN GREELEY; and DOUG WOODS                                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed August 4, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that the Motion to Dismiss filed by Separate Defendants Ray Hobbs and John Felts be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto.* Separate Defendants' Motion to Dismiss (ECF No. 16) is **GRANTED**, and all claims against Separate Defendants Ray Hobbs and John Felts are **DISMISSED**.

**IT IS SO ORDERED**, this 27th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge