IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RODERICK QUINN TOOMBS                                                                  PLAINTIFF

v.                                               Civil No. 1:13-CV-1091

DAVID NORWOOD, Sheriff,
Ouachita County; *et al.*                                                              DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed November 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 33.  Judge Bryant recommends that this case be dismissed on the grounds that Plaintiff has failed to prosecute this action and has failed to comply with the Court's order.  *See* Fed. R. Civ. P. 41(b).  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, the Motions to Dismiss (ECF Nos. 27 and 30) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 22d day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge